**Order entered January 2, 2019**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-18-00099-CV

**WILLIAM DREXEL AND SANDY DREXEL, Appellants**

**V.**

**TOLL BROTHERS, INC. AND TOLL DALLAS TX, LLC, Appellees**

**On Appeal from the 296th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 296-03255-2012**

## ORDER

Before the Court is appellees' December 29, 2018 motion for leave to file sur-reply brief.

Attached to the motion is appellees' proposed brief.

We **GRANT** the motion and **ORDER** appellees to file the sur-reply brief no later than

January 7, 2019.  No further briefing shall be filed unless requested by the Court.


/s/    ADA BROWN
         JUSTICE